UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ESTATE OF KYLAN TAYLOR LEEPER, et al., | ) |  |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | NO. 3:24-cv-01197 |
| CORECIVIC, INC., et al., | ) | |
| Defendants. | ) | |

# ORDER

For the reasons set forth in the contemporaneously filed Memorandum Opinion, the Motion to Dismiss (Doc. No. 27) is **GRANTED IN PART AND DENIED IN PART.**

Defendants Trousdale County, Mr. Chambers, Mr. Ford, Mr. Walsh, Mr. Jewell, and Mr. McCall are dismissed from this action.

However, Defendants CoreCivic, Mr. Vantell, and Mr. Porter must proceed on all claims against them except the § 1983 failure-to-train claim, which is dismissed.

The Court has denied without prejudice Defendants' motion to dismiss Plaintiffs' common law claims against Defendants CoreCivic, Mr. Vantell, and Mr. Porter subject to hearing the parties' position(s) on whether the Court should certify a question to the Supreme Court of Tennessee. On or before **September 12, 2025**, the parties shall file a joint status report outlining their position (or respective positions) on the issue of certification.[1] If, after meeting and conferring with Defendants, Plaintiffs decide to voluntarily dismiss their state common law claims rather than addressing the certification issue, they must file the notice of dismissal before **September 12th**.

---

[1] If either party supports certification, they shall also provide the Court with a draft certification order as an exhibit to the joint status report. The contents of certification order are outlined at Tenn. Sup. Ct. R. 23, § 3.

The parties shall also appear at a status conference on **September 22, 2025 at 9:00 a.m.** to discuss the certification issue unless Plaintiffs voluntarily dismiss their state common law claims before then.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE