UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ESTATE OF KYLAN TAYLOR LEEPER; JAMESHA MURPHY, b/n/f of K.L., a minor,** ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) ) | **Civil Action Number 3:24-CV-1197**<br>**District Judge Waverly D. Crenshaw, Jr.** |
| **CORECIVIC, INC., ET AL.,** ) ) ) | **Magistrate Judge Jeffery S. Frensley**<br>**Jury Demand** |
| Defendants. ) | |

**JOINT REPORT REGARDING PROPOSED STATUS**
**CONFERENCE DATE TO REVISIT CERTIFICATION ISSUE**

On September 22, 2025, the Court entered an Order, holding in abeyance the issue of certification of a question of law to the Tennessee Supreme Court and directing Plaintiffs Estate of Kylan Taylor Leeper and Jamesha Murphy, b/n/f of K.L., a Minor, and Defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC, Jermaris Porter, and Vincent Vantell to provide a joint proposed date for a post-discovery status conference to revisit the certification issue. (Docket Entry 44). The Court stated: "Therefore, the parties shall have until **September 30, 2025**, to provide the Court with a joint proposed date for a status conference (post-discovery) to revisit the certification issue." (*Id*.). The parties respectfully believe that a status conference would be appropriate during the week of May 4, 2026, as the parties will have completed fact and expert discovery. (Docket Entry 34 at 4-5). The parties are available at any point during this week.

1602884207.1

Case 3:24-cv-01197    Document 45    Filed 09/30/25    Page 1 of 3 PageID #: 406

Respectfully submitted,

/s/ Erin Palmer Polly
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700
(615) 780-6799

*Counsel for Defendants CoreCivic, Inc., CoreCivic of Tennessee, LLC, Trousdale County, Tennessee, Stephen Chambers, Jerry Ford, Dwight Jewell, Jack McCall, Jermaris Porter, Vincent Vantell, and Gary Walsh*


/s/ Marc A. Walwyn
Marc A. Walwyn (#22431)
marc@walwynlegal.com
Law Office of Marc Walwyn
412 Georgia Avenue, Suite 102
Chattanooga, Tennessee 37403
(423) 954-7266
(423) 763-1615

*Counsel for Plaintiffs Estate of Kylan Taylor Leeper and Jamesha Murphy, b/n/f of K.L., a Minor*

## **CERTIFICATE OF SERVICE**

      I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U.S. Mail, first-class postage prepaid, this September 30, 2025, on the following:

Marc A. Walwyn
Law Office of Marc Walwyn
412 Georgia Avenue, Suite 102
Chattanooga, Tennessee 37403

                                                                  /s/ Erin Palmer Polly