| | | |
|---|---|---|
| ESTATE OF KYLAN TAYLOR LEEPER; JAMESHA MURPHY, b/n/f of K.L., a minor, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action Number 3:24-CV-1197 |
| v. | ) ) | District Judge Waverly D. Crenshaw, |
| Jr. CORECIVIC, INC., ET AL., | ) ) ) ) | Magistrate Judge Jeffery S. Frensley |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order entered on April 23, 2026 (Doc. No. 57), Plaintiffs, Estate of Kylan Taylor Leeper and Jamesha Murphy, b/n/f of K.L., a Minor, and Defendants, CoreCivic, Inc., CoreCivic of Tennessee, LLC, Jermaris Porter, and Vincent Vantell, by and through their respective counsel of record, hereby submit this Joint Status Report in advance of the status conference set for May 8, 2026, at 9:00 a.m.

1.      **Summary of Fact Discovery to Date.**

The parties have substantially completed written discovery in this matter. Plaintiffs and Defendants have exchanged Initial Disclosures, served and responded to Interrogatories, Requests for Production of Documents, and Requests for Admission, and have produced documents responsive to those requests. Supplemental disclosures and document productions have been made by both sides as additional information has become available. Such supplemental discovery includes Plaintiffs' disclosure of the affidavits of former CoreCivic employees Ada Barnham Ball, Samantha Pollard, Kyle Graves, and Joseph Eustache whom the Plaintiffs intend to call at trial. Plaintiffs have

also disclosed former Tennessee Department of Corrections investigator Paul Oswald as a trial witness.

In addition to written discovery, the parties have engaged in fact-witness depositions. To date, Defendants have deposed Plaintiff Jamesha Murphy, mother of Kylan Taylor Leeper, Jr., and Tim Leeper, father of the decedent, Kylan Taylor Leeper. Plaintiffs have deposed Jason Medlin, CoreCivic's Rule 30(b)(6) corporate representative; Defendant Vincent Vantell; Defendant Jermaris Porter; Martin Frink, former Warden at Trousdale Turner Correctional Center; and Don Stewart, CoreCivic's former Senior Director for Security Operations.

Plaintiffs are scheduled to depose former CoreCivic employee Amy Stephens on May 7, 2026. The parties have agreed that this deposition may proceed after the close of fact discovery by agreement of counsel.

**2.      Summary of Expert Discovery to Date.**

The parties have exchanged their respective expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2). Plaintiffs have disclosed the following retained experts: Wes Harrington, PA; Jonathan Whitaker, PhD, MBA; and Joseph Gunja (corrections expert). Defendants have disclosed Christopher P. Holstege, M.D., whose report was served on February 26, 2026, and Glenn Ercanbrack, CJE, as a retained corrections expert, whose report was served on March 12, 2026. Defendants are scheduled to depose Plaintiffs' corrections expert, Joseph Gunja, on May 12, 2026.  The parties have agreed that this deposition may proceed after the deadline to complete expert depositions by agreement of counsel.

**3.     Plaintiffs' Recommendation Regarding Certification of a Question of Law to the Tennessee Supreme Court (Doc. No. 39 at 22-23).**

On May 5th, 2026, Plaintiffs submitted to this Honorable Court a *Motion to Amend Complaint* which, if granted, will result in the deletion from the *First Amended Complaint* of those state law claims that engendered the Court's proposed certification of a question of law to the Tennessee Supreme Court. (Doc. No. 39 at 21-24.) As it is anticipated that the motion will be granted, the parties agree that there is no need to certify a question of law to the Supreme Court of Tennessee.

**4.     Defendants' Recommendation Regarding Certification of a Question of Law to the Tennessee Supreme Court (Doc. No. 39 at 22-23).**

Defendants do not oppose Plaintiff's *Motion to Amend* which, if granted, would obviate the need to certify a question of law to the Supreme Court of Tennessee.

**5.     Status of the Parties' Attempts to Resolve the Case.**

As most recently reported to the Court (see Doc. No. 56, Joint ADR Report #2, filed March 19, 2026), the parties have engaged in informal discussions regarding the potential resolution of this matter. Counsel for Plaintiffs and counsel for Defendants have conferred and have agreed in principle to participate in mediation with a private mediator following the completion of briefing on Defendants' anticipated motion for summary judgment. The parties believe that proceeding to mediation after the completion of summary judgment briefing will allow each side to better evaluate its position and will increase the likelihood of a productive mediation. The parties will not request that the Court appoint a mediator and will instead retain the services of a private neutral.

**6.** **Other Information the Parties Believe Will Be Helpful to the Court.**

The parties further advise the Court that, except for the deposition of Amy Stephens scheduled for May 7, 2026, and the deposition of correctional expert Joseph Gunja scheduled for May 12, 2026, fact and expert discovery is substantially complete. The parties are prepared to proceed in accordance with the Court's scheduling order and are available to address any questions the Court may have at the May 8, 2026, status conference.

Respectfully submitted,

*s/ Marc A. Walwyn*
Marc. A. Walwyn, BPR#022431
412 Georgia Avenue, Ste. 102
Chattanooga, TN 37403
(423) 954-7266 (telephone)
(423) 763-1615 (facsimile)
marc@walwynlegal.com

s/*Donald Capparella*
Donald Capparella, BPR#011239
Dodson, Parker, Behm & Capparella, P.C.
1310 6th Avenue North
Nashville, TN 37208-2604
(615) 254-2291 (telephone)
(615) 726-2241 (facsimile)
capparella@dodsonparker.com

*s/ Jacob A. Vanzin*
Jacob A. Vanzin, BPR#031401
Dodson, Parker, Behm & Capparella, P.C.
1310 6th Avenue North
Nashville, TN 37208-2604
(615) 254-2291 (telephone)
(615) 726-2241 (facsimile)
jacob@dodsonparker.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the Court's electronic filing system and on other counsel via U.S. Mail, first-class postage prepaid, this 4th day of May, 2026, on the following:

Joseph F. Welborn, III (#15076)
Terrence M. McKelvey (#36531)
WELBORNMALONE PLC
One Burton Hills Blvd, Suite 200E
Nashville, TN 37215
(615) 455-0360
(615) 455-0370
joe.welborn@welbornmalone.com
terrence.mckelvey@welbornmalone.com

/s/ Marc A. Walwyn
Marc A. Walwyn