**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| ESTATE OF KYLAN TAYLOR LEEPER, et al., | ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:24-cv-01197 |
| v. | ) ) | |
| CORECIVIC, INC., et al., | ) ) | |
| Defendants. | ) | |

## ORDER

Based upon the Joint Status Report (Doc. No. 60), the status conference set for May 8, 2026, is CANCELLED.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE