**IN THE U.S. DISTRICT COURT OF MIDDLE TENNESSEE AT NASHVILLE**

| | | |
|---|---|---|
| **ESTATE OF KYLAN TAYLOR LEEPER, ET AL.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:24-CV-1197** |
| | ) | |
| **CORECIVIC, INC., ET AL.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**REPORT OF MEDIATION BY RULE 31 MEDIATOR**

---

The following parties appeared and participated in the mediation process:

**Plaintiff's Attorney**
**Defendant**
**Defendant's Attorneys**

---

Settlement outcome from mediation:

**No issues were resolved between Plaintiff and Defendant.**

---

**Mediation Fees were NOT requested to be charged as court costs.**

Respectfully submitted,

/s/ John J. Griffin, Jr.
John J. Griffin, Jr. (#15446)
Griffin Bowen, PLLC
48 Music Square East
Nashville, TN 37203
(615) 742-4800

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served via E-mail and the court's electronic filing system upon the following:

Terrence M. McKelvey
terrence.mckelvey@welbornmalone.com

Marc. A. Walwyn
marc@walwynlegal.com

Donald Capparella
capparella@dodsonparker.com

On this the 12th day of August, 2026.

/s/ John J. Griffin, Jr.
John J. Griffin, Jr.